UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMY LEWIS THOMAS,

        Plaintiff,

v.                                                           CASE NO. 06-10932
                                                     HONORABLE PATRICK J. DUGGAN

GLENDA MERRITT and
SHERRY SCOTT,

        Defendants.
_____/

## OPINION AND ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO DISMISS DEFECTIVE 42 U.S.C. § 1983

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on June 9, 2006.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Plaintiff filed this *pro se* civil rights complaint under 42 U.S.C. § 1983. On May 30, 2006, this Court issued an opinion and order dismissing Plaintiff's complaint. Judgment was issued on the same date. On June 5, 2006, Plaintiff filed a motion asking the Court to dismiss his complaint without prejudice. As the Court already dismissed the complaint, Plaintiff's motion is moot. Accordingly,

**IT IS ORDERED**, that Plaintiff's "Motion to Dismiss Defective 42 U.S.C. § 1983" is **DENIED AS MOOT**.

                                                   s/PATRICK J. DUGGAN
                                                   UNITED STATES DISTRICT JUDGE

Copy to:
Jimmy L. Thomas, #371849
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, MI  49201-8877